DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OCEANS BREEZE CHIROPRACTIC OF PLANTATION** a/a/o
**JONATHAN PIERRE,**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-526

[July 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee Francois, Judge; L.T. Case Nos. COWE19-9260 and CACE20-7113.

Michael J. Cohen and Normarie Rodriguez-Perez of Cohen Legal Group, P.A., Fort Lauderdale, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Sunrise, and Kristina Davis Forst of Roig Lawers, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*